UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1982

| | | |
|---|---|---|
| RUDOLPH B. WHITEHURST, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | **From the Eastern District Court** |
| | ) | **of North Carolina** |
| v. | ) | |
| | ) | **Civil Action No. 4:20-CV-179-M** |
| TERESA DELOATCH BRYANT, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

---

**INFORMAL RESPONSE BRIEF
BY
DEFENDANT-APPELLEE TERESA DELOATCH BRYANT**

---

NOW COMES the Defendant-Appellee, Teresa DeLoatch Bryant, by and through the undersigned counsel, and pursuant to the Informal Briefing Order entered by this court [D.E. 4], hereby submits the following Informal Response Brief.

**1.    DECLARATION OF INMATE FILING**

This section is not applicable to this Defendant-Appellee.

**2.    JURISDICTION**

    **a.    Name of court or agency from which review is sought:**

The name of the Court from which Plaintiff-Appellant seeks review is the United States District Court for the Eastern District of North Carolina, Eastern Division, Case No. 4:20-CV-179-M.

**b.     Dates of order or orders for which review is sought:**

Plaintiff-Appellant, proceeding *pro se*, seeks review of the District Court's Order and Judgment dated August 23, 2021, by which the District Court dismissed Plaintiff-Appellant's lawsuit without prejudice due to Plaintiff's failure to establish the District Court's subject matter jurisdiction over this action.

**3.     ISSUES FOR REVIEW**

**a.     Issue 1:**

This Court should affirm the District Court's Order and Judgment entered August 23, 2021, which dismissed Plaintiff's claims against Defendant Teresa DeLoatch Bryant.

**b.     Supporting Facts and Argument:**

Defendant-Appellee hereby incorporates by reference her Memorandum of Law in support of her Motion to Dismiss pursuant to Rule 12(b)(1) and (6), and the District Court's Order and Judgment dated August 23, 2021, which are contained in the record of the District Court proceedings. (Dist. Ct. Doc. Nos. 22, 49, 50). As those documents show, the District Court properly dismissed Plaintiff-Appellant's claims against this Defendant-Appellee upon Defendant-Appellee's Motion to Dismiss pursuant to Rule 12(b)(1) and (6), due to Plaintiff-Appellant's failure to establish the District Court's subject matter jurisdiction over this action. The record of the District Court proceedings shows that Plaintiff-Appellant failed to establish that the District Court had either federal question jurisdiction or diversity jurisdiction. (Dist. Ct. Doc. Nos. 49).

Therefore, for the reasons stated herein and in the District Court's Order and Judgment dated August 23, 2021, the dismissal of Plaintiff's action by the District Court is well-supported by established law, is correct, and should be affirmed and left undisturbed.

**4. RELIEF REQUESTED**

Defendant-Appellee Teresa DeLoatch Bryant respectfully requests that this Court affirm the District Court's Order and Judgment dated August 23, 2021, dismissing Plaintiff-Appellant's claims against her.

**5. PRIOR APPEALS (FOR APPELLANTS ONLY)**

This section is not applicable to this Defendant-Appellee.

This the 26th day of October, 2021.

        Respectfully submitted,

        /s/ Christina J. Banfield
        N.C. State Bar Number: 52015
        E-mail: njb@harriscreech.com
        Harris, Creech, Ward & Blackerby, P.A.
        325 Pollock Street
        P. O. Drawer 1168
        New Bern, NC 28563-1168
        Telephone: (252) 638-6666
        Facsimile: (252) 638-3542
        Attorneys for Defendant-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **INFORMAL RESPONSE BRIEF BY TERESA DELOATCH BRYANT** with the Clerk of the Court using the CM/ECF filing system. I further certify that I have served the foregoing document on the following non-CM/ECF participant by depositing a copy of the same in the United States Postal Service via first class mail and addressed as follows:

> Rudolph B. Whitehurst
> 2320A Saddleback Dr.
> Winterville, NC 28590
> *Plaintiff-Appellant Pro Se*

This the 26th day of October, 2021.

> Respectfully submitted,
>
> /s/ Christina J. Banfield
> N.C. State Bar Number: 52015
> E-mail: njb@harriscreech.com
> Harris, Creech, Ward & Blackerby, P.A.
> 325 Pollock Street
> P. O. Drawer 1168
> New Bern, NC 28563-1168
> Telephone: (252) 638-6666
> Facsimile: (252) 638-3542
> Attorneys for Defendant-Appellee

njb/8569